UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERESA WATFORD, on behalf of herself and all others similarly situated,**<br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**ALL IN CREDIT UNION,**<br>　　　　　　**Defendant.** | Case No.: 1:20-cv-00461-RAH-SMD |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), the parties hereby jointly stipulate to the dismissal of this lawsuit in its entirety. The dismissal is intended with prejudice and with the parties to bear their respective attorney's fees and costs.

F. Jerome Tapley represents that he has express authority to affix electronic signatures of the other counsel listed below.

/s/ F. Jerome Tapley
F. Jerome Tapley  (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III  (ASB-6641-E59L)
Taylor Pruett  (ASB-9085-T65W)
**CORY WATSON, P.C.**
2131 Magnolia Ave. S. Suite 200
Birmingham, AL 35205
Email:  jtapley@corywatson.com
　　　　rlutz@corywatson.com
　　　　tpurett@corywatson.com

Lynn A. Toops  (*pro hac vice*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Email: toops@cohenandmalad.com

/s/ Chad W. Bryan
Chad W. Bryan (ASB-7754-H71B)
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Email: chad.bryan@chlaw.com


James R. Branit (*pro hac vice*)
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, Illinois  60606
Email:  branit@litchfieldcavo.com

*Attorneys for All In Federal Credit Union*

J. Gerald Staunch, IV  (*pro hac vice*)
Martin F. Schubert  (*pro hac vice*)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Ave. Suite 200
Nashville, TN 37203
Email: geralds@bsjfirm.com
         martys@bsjfirm.com

*Attorneys for Plaintiff Teresa Watford*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2020 the foregoing was filed with the Clerk of Court, using the CM/ECF system, which automatically notifies all counsel of record, including:

Chad W. Bryan
(ASB-7754-H71B)
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2609
Montgomery, AL 36102-2069
Telephone: (334) 241-8034
Chad.bryan@chlaw.com

James R. Branit (*pro hac vice*)
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
Telephone: (312) 781-6562
branit@litchfieldcavo.com

                                      */s/ F. Jerome Tapley*_____
                                      OF COUNSEL